IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                                                                                           **CR No. 25-59 MIS**

**AUGUSTINE RAMIREZ**

    **Defendant.**

## UNOPPOSED MOTION TO CONTINUE SENTENCING

    COMES NOW, the Defendant, Augustine Ramirez, by his attorney and through his attorney of record, Assistant Federal Public Defender, Darren Robinson, and hereby moves to continue the sentencing hearing scheduled for August 14, 2025, and in support thereof states:

    Defense received Mr. Ramirez's medical records from the Dona Ana County Detention Center. The records are extensive as they detail three major surgical operations as well as treatment for multiple medical conditions. Defense intends to disclose said records and request that an addendum to the PSR be drafted to include further details regarding his medical condition. This is important in order to ensure that the Bureau of Prison is properly advised regarding his medical condition and will send him to a facility capable of accommodating his medical needs. Additionally, defense intends to draft an addendum related to these new medical records and requests additional time to complete said addendum.

    Assistant United States Attorney, Mark Saltman has been contacted concerning this matter and is unopposed to this motion.

WHEREFORE, Mr. Ramirez requests that the sentencing hearing be continued for approximately 30 days.

Respectfully submitted,

**FEDERAL PUBLIC DEFENDER**
506 S. Main, Suite 400
Las Cruces, New Mexico 88001
Telephone: (575) 527-6930

*Electronically filed on July 31, 2025*
By: */s/ Darren Robinson*
DARREN ROBINSON
Assistant Federal Public Defender